IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DEVIN PUGH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv554-MHT |
| ) | (WO) |
| **AUTAUGA COUNTY, et al.,** ) | |
| ) | |
| Defendants. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is pro se, filed this lawsuit against multiple Alabama counties asserting that their failure to provide adequate public transportation violates his right to liberty under the Fourteenth Amendment to the United States Constitution. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to state a claim on which relief may be granted. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of December, 2025.

                                /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE